Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Celgene Corporation*

RECEIVED
FEB - 1 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS PHARMA AG,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-CV-4030 (FLW)(TJB)<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>**(Filed Electronically)** |
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS PHARMA AG,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | CIVIL ACTION NO. 06-CV-6154 (FLW)(TJB)<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>**(Filed Electronically)** |

### STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, the

Plaintiffs and Defendant hereby stipulate and agree that the above actions, including all claims,

counterclaims and affirmative defenses, are dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

**SO STIPULATED:**

Dated: 29 Jan. 2010

By: _____
Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com

OF COUNSEL:

Anthony M. Insogna
Lester J. Savit
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130-4096
(312) 782-3939
ljsavit@jonesday.com

Jason G. Winchester
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
(312) 782-3939
jgwinchester@jonesday.com

*Attorneys for Plaintiff*
*Celgene Corporation*

OF COUNSEL:

Henry Renk
Tara A. Byrne
Charles Chevalier
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2250
hrenk@fchs.com

Dated: 1/25/10

*Attorneys for Plaintiffs*
*Novartis Pharmaceuticals Corporation*
*and Novartis Pharma AG*

By: _____
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000
alite@litedepalma.com

OF COUNSEL:

Jeffer Ali
Samuel T. Lockner
CARLSON, CASPERS, VANDENBURGH &
  LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402
(612) 436-9600
jali@ccvl.com

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

SO ORDERED:

_____
HON. FREDA L. WOLFSON, U.S.D.J.